# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOSE VILLALOBOS-MARTINEZ, ] | |
| ] | |
| Movant, ] | |
| ] | |
| vs. ] | CV-05-KOB-RRA-8044-M |
| ] | CR-04-KOB-RRA-0210-M |
| ] | |
| ] | |
| UNITED STATES OF AMERICA, ] | |
| ] | |
| Respondent. ] | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation recommending:

1. that the § 2255 Motion to Vacate be GRANTED to the extent that Villalobos-Martinez is entitled to an out-of-time appeal;

2. that the judgment in Villalobos-Martinez' criminal case, CR-04-KOB-RRA-0210-M, entered on December 6, 2004, be VACATED, and that an identical judgment be entered;

3. that Villalobos-Martinez be allowed to appeal to the extent permitted by the plea agreement; and

4. that counsel be appointed to represent Villalobos-Martinez on appeal.

No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The motion to vacate is due to be

GRANTED.  An appropriate order will be entered.

Done this 27th day of May 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE